Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____Southern_____ District of __Georgia__

_____Savannah_____ Division

Case No. __CV 423 040__
(to be filled in by the Clerk's Office)

__Charles Anthony Willis__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__William N. Bowman, Sheriff__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: (check one) ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Charles Anthony Willis
Address: 907 West 1 Street
Charlotte, NC 28202
City / State / Zip Code

County:
Telephone Number:
E-Mail Address:

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: William N. Bowman
Job or Title (if known): Sheriff
Address: Liberty County Justice Center, 201 S. Main St #1300
Hinesville, GA 31313
City / State / Zip Code
County: Liberty County
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 2
Name: Sascha Krumnow
Job or Title (if known): Major, Bureau of Jail Operations
Address: 180 Paul Sikes Drive
Hinesville, GA 31313
City / State / Zip Code
County: Libery County
Telephone Number:
E-Mail Address (if known):

☒ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: John Doe (Brown)
Job or Title (if known): Sgt. Jailor
Address: 180 Paul Sikes Drive
Hinesville, GA 31313
City    State    Zip Code
County: Libery County
Telephone Number:
E-Mail Address (if known):

[X] Individual capacity   [ ] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:

City    State    Zip Code
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

EIGHTH AMENDMENT

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NONE

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(1). Sheriff, William N. Bowman, held liable based on status as policy maker.
(2). Major, Soscha, Kurmnow, held liable based on status as Custom and policy.
(3). Sgt. Brown, held liable based on status as ordinance, regulation and custom.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

LIBERTY COUNTY JAIL

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 03th 2022, 4:35 am.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff early mourning when to use toilet, walk to sink area to wash hands, Plaintiff was struck with walking crutch by D. Johnson, Plaintiff fail to concrete floor inmates Jackson, Williams and Marteninaz physically kicked, and beat Plaintiff with their fist.
Plaintiff witnesses, to attack inmate Willie Williams and Calvin Cumming: Liberty County Detective Ms. Michalowicz, filed Freeworld charges on four inmate with Aggravated assault with a deadly weapon on a elderly person, with injuries.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff   *Charles Anthony Willis*
Printed Name of Plaintiff   Charles Anthony Willis

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____
          City _____ State _____ Zip Code _____
Telephone Number   _____
E-mail Address   _____

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff, seen Nurse Dixson, for head bruses, black eyes, neck injuries, kee injuries, noise bleeds, back injuries, Plaintiff see provider (JOHN DOE). Plaintiff see (JOHN DOE) psychiatric concerning what happen.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(1). Compensation Damages  $1.1 Million Dollars

(2). Punitive Damages  $500.000

(3). Actual Damages  $350.000

(4). Emotional Damages  $150.000

02-15-23

Charles Anthony Willis
907 West 1st
Charlotte, NC 28202

TO: United States District Court
P.O. BOX 8286
Savannah, GA. 31412

RE: Civil Action Complaint / Informa Pauperis

Dear Clerk,
 Enclosure is my complaint to be filed, I don't have it accompanied with a filing fee or an application to proceed informa pauperis.
 Please file complaint as request, also mail me an application to proceed informa pauperis to address above to be fill out, and mail it back to clerk.
 Thank you for answering this request looking forward on hearing from you.

Sincerely
Charles Anthony Willis

Charles Anthony Wells
907 West 1st Street
Charlotte, NC. 28202



RECEIVED

U.S. Marshals Service
Savannah Georgia

UNITED STATES DISTRICT COURT
P. O. BOX 8286
SAVANNAH, GEORGIA 31412

3141238286 B005